MANITOU BEACH ROD AND GUN CLUB, Appellant, *v.* WILLIAM BURGER, Respondent.

*Manitou Beach Rod & Gun Club* v. *Burger,* 162 App. Div. 931, affirmed.

(Submitted December 17, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was brought to compel the determination of a claim to real property situated in the town of Greece, Monroe county, N. Y. In its complaint the defendant set up the source of its claim of title to the disputed land and alleged that it had been the owner and possessor of the same since the year 1896 and alleged that defendant unjustly claimed to own the said lands. The defendant in his answer denied title or possession of the land in the plaintiff; claimed title, ownership and possession of the real property, and asked for judgment dismissing the plaintiff's complaint and determining the title of the lands to be in him. Both parties claimed title from the same source. The plaintiff asserted that the land in question was not included in the deed of the common grantor under which the defendant claimed, but in a later deed under which it made its claim.

*George D. Forsyth* for appellant.

*Charles Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not sitting: ANDREWS, J.